IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nina Porter,                                    :
                                                :
    Plaintiff(s),                               :
                                                :  Case Number: 1:13cv522
    vs.                                         :
                                                :  Judge Susan J. Dlott
Commissioner of Social Security,                :
                                                :
    Defendant(s).                               :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 25, 2015 (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 16, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **ORDERS** that the EAJA fee petition (Doc. 31) is **GRANTED.** Plaintiff is **AWARDED** $2,805.00 in attorney fees and $400.00 in costs.

IT IS SO ORDERED.

                                                                                          ___s/Susan J. Dlott_____
                                                                                          Judge Susan J. Dlott
                                                                                          United States District Court