IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Nina Porter, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv522 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 7, 2016 (Doc. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 26, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees (Doc.26) is GRANTED. Counsel is AWARDED $912.70 in fees.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court